WILLIAM F. EASLEY, Respondent, *v.* MAX LOEWENSTEIN, Appellant.

Reported below, 141 App. Div. 931.
(Submitted December 4, 1911; decided December 12, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged breach of certain contracts.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Robert W. Hardie* for motion.

*Robert B. Killgore* opposed.

Motion denied, with ten dollars costs.